NEW-YORK,            Daniel Fountain *vs.* Frederick Baits.
March, 1816.

Dan'lFounti'n     This was an action of trespass, in which the plaintiff re-
*vs.*        covered six cents damages.    He applied for a certificate
Fred'ck Baits.
               that the trespass was wilful and malicious.    This certifi-
In trespass, cate was denied ; and now the question was, Whether the
costs must be
paid to defen- plaintiff must pay the Defendant's costs, or whether he re-
dant, where covers as much costs as damages ?
the plaintiff
does not re-
cover 25 dol-     *Riker, Recorder.*—The 5th section of the act concern-
lars, where
the free-hold ing costs, 1 vol. Rev. Laws, p. 344, gives costs to the de-
or title to land fendant when the plaintiff does not recover above $25.—
does not come
in question, There is a saving as to certain actions, and amongst others,
and where no
certificate is to those concerning the freehold, or title to lands. In those
given of the cases the plaintiff is entitled to full costs.
wilfulness &
malice of the
defendant.      The 7th section declares,that in all actions of trespass not
          provided for by the 5th section, the plaintiff shall have full
          costs, provided the Court shall certify that the trespass ap-
          peared to be wilful and malicious.    A doubt has been
          raised, whether the court could in any case certify, except
          where the freehold or title came in question, as that is the
          only case of trespass not,provided for by the 5th section. But
          upon examining the 5th and 7th sections carefully, and ex-
          pounding both separately and together, the true construc-
          tion seems to be; in all cases of trespass where the free-
          hold or title is concerned, the plaintiff, if he recover any
          thing, recovers full costs.    If the freehold, or title, does
          not come in question, still if the trespass be wilful, and ma-
          licious, the Court may certify, and that will give full costs.

          In all other cases of trespass, that is, where the freehold
          or title is not concerned, and where the Court does not
          certify that the trespass is wilful and malicious, the plain-
          tiff must pay costs to the defendant if he does not recover

above $25. This rule is fully established in the Supreme Court, in the case of Jackson v. Randall, 11 JohnsRe p. 405. It is there settled in that Court, that if the plaintiff does not recover above $50, he must pay costs, unless the freehold or title comes in question ; and the Judges certificate is the proper and legal evidence of the fact. *Et vide* Sing v. Anin, 10 Johns. Rep. 302.

NEW-YORK,
March, 1816.

Dan'l Fount'in
*vs.*
Fred'ck Baits.

In this case, the freehold or title to the land not coming in question, and the Court not having certified as to the wilfulness and malice of the defendant, and the plaintiff not having recovered above $25, he must pay costs to the defendant to be taxed.

KETCHUM & ANTHON, *for Plaintiff.*
PINCKNEY & CRAIG, *for Defendant.*

NOTE.—The English statutes and ours differ on the subject of costs. There the plaintiff never pays costs if he recovers, though in many cases he only recovers as much costs as damages, 2 Bac. 35. Tit. Costs, letter B. With us he pays costs in many cases, if he does not recover above a certain amount. From the readings upon the several statutes of costs in Gilb. Hist. Com. Pleas, 263. 2 Bac. Ab. 36, 37, let. B. tit. Costs, it seems that the Judges can certify only where the freehold or title may come in question, as for trespass on lands, not for a trespass to goods.